IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
APR 10 2013
G. PATRICK MURPHY
DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 12-CR-30046-GPM |
| JACOB NELSON, | ) |
| Defendant. | ) |

### FACT STIPULATION #5

The Defendant and the Government agree and stipulate that both the rifle and the handgun, seized on July 12, 2011 from the residence at 122 North 3rd Street, Dupo, IL had "traveled in interstate commerce," in that neither the rifle nor the handgun were manufactured in Illinois.

_____
JOHN D. STOBBS, II
Attorney for Defendant

_____
ROBERT L. GARRISON
Assistant United States Attorney